■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEVON HIGH, Appellant. [609 NYS2d 858] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Leahy, J.) rendered May 21, 1991, convicting him of robbery in the first degree and robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered, that the judgment is affirmed (see, People v Thomas, 202 AD2d 525 [decided herewith]). Bracken, J. P., Sullivan, Miller and Lawrence, JJ., concur.